IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELIZABETH HARRIS

    Petitioner,

-vs-

SHAI FORSTER,

    Respondent.                            No. 14-cv-6-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 21, 2016 (Doc. 19), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.** Judgment is in favor of the respondent.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                BY:  *s/Caitlin Fischer*
                                          **Deputy Clerk**

**DATED:** September 29, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.09.29
07:33:53 -05'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**